FILED: September 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-4123**
**(5:13-cr-00183-BO-3)**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MORRIS EDWARD BRIDGERS, a/k/a Muzak,

        Defendant - Appellant.

O R D E R

After a review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), we conclude that there exist nonfrivolous issues that would benefit from adversarial presentation. Accordingly, we direct counsel for Bridgers and the Government to submit merits briefs addressing the adequacy of the district court's Fed. R. Crim. P. 11 hearing, and of its explanation of the sentence under United States v. Carter, 564 F.3d 325 (4th Cir. 2009), and its progeny.

By separate order, the Clerk's office will establish an appropriate briefing schedule.

                              For the Court

                              /s/ Patricia S. Connor, Clerk